**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCE BREWER,

      Petitioner,

  v.

M.C. KRAMER,

      Respondent.

——————————————————————————————/

No. 08-00030   CW

ORDER TO CONFIRM
SENTENCE CORRECTION

16     On January 7, 2008, Petitioner Vince Brewer, a state prisoner

17 incarcerated at Folsom State Prison, filed a petition for a writ of

18 habeas corpus.  On June 16, 2008, Respondent filed an answer and on

19 July 8, 2008, Petitioner filed a traverse.  In its answer,

20 Respondent indicates that, on direct appeal, the appellate court

21 ordered the trial court to strike a one-year sentence enhancement

22 imposed under California Penal Code § 667.5(b) but that the trial

23 court had not corrected the sentence as it was instructed.

24 Respondent indicated that it had prepared a letter advising the

25 trial court of this oversight.

26     The docket does not indicate that Petitioner's sentence has

27 been corrected.  Respondent is ordered to advise the Court, within

28 two weeks from the date of this order, whether the trial court has

1  corrected Petitioner's sentence.

2       IT IS SO ORDERED.

3

4  Dated: 1/28/09

_____

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California