IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCE D. BREWER,

    Petitioner,

  v.

M.C. KRAMER,

    Respondent.
_____/

No. C 08-00030 CW

**JUDGMENT**

For the reasons set forth in this Court's Order Denying Petition for Writ of Habeas Corpus,

IT IS ORDERED AND ADJUDGED

That Petitioner Vince D. Brewer's Petition for Writ of Habeas Corpus is denied and that each party bear its own costs of action.

Dated at Oakland, California, this 11th day of March, 2009.

VICTORIA MINOR
Clerk of Court


By: _____*Sheilah Cahill*_____
SHEILAH CAHILL
Deputy Clerk